In the Matter of the Application of THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK Relative to Carrying Eliot Avenue Across the Right of Way of the New York Connecting Railroad Company.

THE CITY OF NEW YORK, Appellant; TRANSIT COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

Argued May 26, 1937; decided June 11, 1937.

*Paul Windels,* Corporation Counsel (*Paxton Blair, Joseph L. Weiner* and *Arthur A. Segall* of counsel), for appellant.

*Madison G. Gonterman* and *Gilbert N. Reed* for New York Connecting Railroad Company, respondent.

*Frank C. Bowers, Wallace A. Kroyer* and *George H. Stover* for Transit Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.